NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GENTRY CARRIER,
a/k/a GENTRY GERAURD CARRIER,

     Appellant,

v.                           Case No. 2D19-2584

STATE OF FLORIDA,

     Appellee.

Opinion filed September 18, 2020.

Appeal from the Circuit Court for
Hillsborough County; Melissa Polo, Judge.

Rick A. Sichta and Susanne K. Sichta of The
Sichta Firm LLC, Jacksonville, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Elba Caridad Martin,
Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.

        Affirmed.

VILLANTI, LaROSE, and MORRIS, JJ., Concur.